# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0494

_____

THOMAS VALENTINE,

Appellant,

v.

AMERICAN EXPRESS COMPANY,

Appellee.

_____

On appeal from the Florida Commission on Human Relations.
Angela Primiano, Chairperson.

June 18, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and NORDBY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas Valentine, pro se, Appellant.

Geri E. Howell of Shook, Hardy, and Bacon, L.L.P., Miami, and Ashley N. Harrison and Jaycob J. Simsheuser of Shook, Hardy, and Bacon, L.L.P., Kansas City, Missouri, for Appellee.